UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY R. WEST,

    Plaintiff,

v.

DETROIT BOARD OF EDUCATION,

    Defendant.
                                            /

No. 10-10998

District Judge David M. Lawson

Magistrate Judge R. Steven Whalen

**ORDER FOR PLAINTIFF TO MAKE MORE DEFINITE STATEMENT**

On March 12, 2010, Plaintiff Dorothy R. West filed a *pro se* civil complaint in this Court. She claims that she has suffered "retaliation and discrimination" at the hands of the Defendant.

Fed.R.Civ.P. 8(a) requires that a pleading "shall contain...a short and plain statement of the grounds upon which the court's jurisdiction depends...[and] a short and plain statement of the claim showing that the pleader is entitled to relief." In her complaint, Ms. West states, "My reason for accusations of retaliation and discrimination is due to the attempt to put me out of HAP insurance coverage because I filed for Workmen's Compensation before I retired." This statement does not give the Court enough information to determine whether Ms. West may be entitled to relief.

Therefore, Ms. West is ordered to file, in writing, a more definite statement of her claims of discrimination and retaliation.[1] On what protected class does she base her

---

[1] Pursuant to its supervisory power, a court may *sua sponte* order a more definite statement under Fed.R.Civ.P. 12(e). *See Wagner v. First Horizon Pharmaceutical Corp.*, 464 F.3d 1273, 1275 (11th Cir.2006); *Foster v. Argent Mortg. Co., L.L.C.*, 2008 WL 5244383, *5 (E.D.Mich. 2008).

-1-

discrimination claim? Race? Gender?  What facts make her believe she was discriminated against, that is, that she was treated differently from others?

As for her claim of retaliation, what did she do that prompted the Defendant to retaliate? Was it her filing of a Workers' Compensation claim?  What specific action did the Defendant take against her?

Ms. West shall file a more definite statement with this Court, in writing, on or before **JUNE 21, 2010.**  Her failure to do so may result in the dismissal of her complaint.

IT IS SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 7, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.


S/G. Wilson
Judicial Assistant